# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **WESLEY ALLEN JENNINGS**, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-15-431-RAW-KEW |
| **NANCY A. BERRYHILL**, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On February 9, 2017, Magistrate Judge West entered her Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection. Upon review, the court affirms and adopts the Magistrate Judge.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 27th day of March, 2017.

`Dated this 27`[th]` day of March, 2017.`

Ronald A. White
United States District Judge
Eastern District of Oklahoma